AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTOPHER D. COBB,

Plaintiff,

v.

WARDEN FNU GETER et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:20-cv-084

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order entered April 14, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Defendants' motion to dismiss is granted, and Plaintiff's complaint is dismissed without prejudice. Additionally, Plaintiff is denied in forma pauperis status on appeal. This action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

May 30, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020